UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA TURNER and RICCO HARRIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TERRY THOMPSON, ) <br> ) <br> Defendant. ) | Case No. 4:19cv444 SNLJ |

## MEMORANDUM and ORDER

There being no objection by the defendant, IT IS HEREBY ORDERED that plaintiffs' motion to remand (#6) is GRANTED and this matter is REMANDED to the Missouri Circuit Court for the Twenty-Second Judicial Circuit, St. Louis City.

Dated this  29th  day of May, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE